# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RENEE JOHNSON, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-cv-02217 |
| FAITH MANAGEMENT & ) DEVELOPMENT, INC. ) an Illinois Corporation, ) | Judge Rebecca R. Pallmeyer |
| Defendant. ) | Magistrate Judge Young B. Kim |

## *STIPULATED DISMISSAL WITH PREJUDICE*

The Plaintiff in this case, Renee Johnson, by and through her attorney, Walsh Law Group, P.C., and Defendant Faith Management & Development, Inc., by and through its attorney, Lewis, Brisbois, Bisgaard & Smith, LLP hereby stipulate to the dismissal of the entirety of this action with prejudice pursuant to settlement, each party to bear their own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41.

PLAINTIFF:

Renee Johnson

By: /s/ Patrick J. Walsh_____ Date: June 27, 2018_____
Patrick J. Walsh, Esq.
Walsh Law Group, P.C.
30 South Wacker Drive, Suite 2200
Chicago, Illinois 60606

DEFENDANT:

Faith Management & Development, Inc.

By: /s/ Margaret M. Fitzsimmons\_\_\_\_ Date: June 27, 2018_____
Margaret M. Fitzsimmons, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street, Ste. 300
Chicago, Illinois 60661